HOCKING TECHNICAL COLLEGE, APPELLEE, *v.* HOCKING TECHNICAL COLLEGE EDUCATION ASSOCIATION, OEA/NEA, ET AL., APPELLANTS.

[Cite as *Hocking Technical College v. Hocking Technical College Edn. Assn., OEA/NEA* (1998), 82 Ohio St.3d 1214.]

(No. 97–936—Submitted April 7, 1998—Decided June 3, 1998.)

---

*Arter & Hadden LLP, Gary S. Batke* and *Robert R. Dunn,* for appellee.

*Cloppert, Portman, Sauter, Latanick & Foley, Mark A. Foley* and *Susan Hayest Kozlowski,* for appellant Hocking Technical College Education Association, OEA/NEA.

*Leonard S. Sigall* and *Steven D. Stone,* for appellant Joan Bartow.

---

The appeals are dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

---

COOK, J., dissenting. I would affirm and adopt the opinion of the court of appeals.